JINGNI (JENNY) ZHAO (#284684)
ANOOP PRASAD (#250681)
KEVIN CHUN HOI LO (#278908)
MELANIE CHUN-YU KIM (#292588)
WINIFRED KAO (#241473)
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702
Email: jennyz@advancingjustice-alc.org

*Additional Counsel Listed On Next Page*

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, MONY NETH, for themselves and on behalf of a class of similarly-situated individuals,<br><br>          Petitioners,<br><br>    v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; THOMAS D. HOMAN, Acting Director, United States Immigration and Customs Enforcement; ELAINE C. DUKE, Acting Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; SANDRA HUTCHENS, Sheriff of Orange County; and SCOTT R. JONES, Sheriff of Sacramento County,<br><br>          Respondents. | Case No.  8:17-cv-01898 CJC (GJSx)<br><br>**PROOF OF SERVICE** |

1   LABONI HOQ (SBN 224140)
    NICOLE GON OCHI (SBN 268678)
2   CHRISTOPHER LAPINIG (SBN 802525)
    ASIAN AMERICANS ADVANCING JUSTICE - LA
3   1145 Wilshire Blvd., 2nd Floor
    Los Angeles, CA  90017
4   Telephone:  (213) 977-7500
    Fax:  (213) 977-7595
5   Email: lhoq@advancingjustice-la.org
    Email: nochi@advancingjustice-la.org
6   Email: clapinig@advancingjustice-la.org

7   SEAN A. COMMONS (SBN 217603)
    SIDLEY AUSTIN LLP
8   555 W. Fifth Street, Suite 4000
9   Los Angeles, CA  90013
    Telephone: (213) 896-6000
10  Fax: (213) 896-6600
    Email: scommons@sidley.com
11
    DARLENE CHO (SBN 251167)
12  SIDLEY AUSTIN LLP
    1999 Avenue of the Stars, 17th Floor
13  Los Angeles, CA  90067
    Telephone:  (310) 595-9500
14  Fax:  (310) 595-9501
    Email:  dcho@sidley.com
15
    NAOMI IGRA (SBN 269095)
16  SIDLEY AUSTIN LLP
    555 California Street, Ste. 2000
17  San Francisco, CA  94104
    Telephone:  (415) 772-1200
18  Fax:  (415) 772-7400
    Email: naomi.igra@sidley.com
19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2      At the time of service, I was over the age of eighteen years and not a party to

3 this action. I am employed in the County of Los Angeles, State of California.  My

4 business address is:  1999 Avenue of the Stars, 17th Floor, Los Angeles, California

5 90067.

6      On November 7, 2017, I served true and correct copies of the following

7 documents:

8      **1)  HABEAS CORPUS CLASS ACTION PETITION AND CLASS
         ACTION COMPLAINT FOR INJUNCTIVE AND**
9         **DECLARATORY RELIEF (ECF No. 1);**

10     **2)  CIVIL CASE COVER SHEET (ECF No. 2);**

11     **3)  CERTIFICATION AND NOTICE OF INTERESTED PARTIES
         (Local Rule 7.1-1) (ECF No. 3);**
12

       **4)  NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**
13        **(ECF No. 11);**

14     **5)  SUMMONS to Elaine C. Duke (ECF No. 12);**

15     **6)  SUMMONS to Thomas D. Homan (ECF No. 13);**

16     **7)  SUMMONS to David W. Jennings (ECF No. 16);**

17     **8)  SUMMONS to David Marin (ECF No. 17); and**

18     **9)  SUMMONS to Jefferson B. Sessions III (ECF No. 18).**

19 on all parties to this action by certified mail, return receipt requested, with postage

20 fully prepaid, by the United States Postal Service, addressed as follows:

21 DAVID MARIN, Field Office Director, Los
   Angeles Field Office, United States
22 Immigration and Customs Enforcement
   300 North Los Angeles St. Room 7631
23 Los Angeles, CA 90012

24 DAVID W. JENNINGS, Field Office
   Director, San Francisco Field Office, United
25 States Immigration and Customs
   Enforcement
26 630 Sansome Street Rm 590
   San Francisco, CA 94111

27

28

1

1  THOMAS D. HOMAN, Acting Director,
   United States Immigration and Customs
2  Enforcement
   500 12th Street, S.W.
3  Washington, D.C. 20536

4  ELAINE C. DUKE, Acting Secretary,
   United States Department of Homeland
5  Security
   Office of the General Counsel
6  U.S. Department of Homeland Security
   Mail Stop 3650
7  Washington, D.C. 20528

8  JEFFERSON B. SESSIONS III, United
   States Attorney General
9  United States Department of Justice
   950 Pennsylvania Avenue, NW
10 Washington, DC 20530-0001

11 Civil Process Clerk
   United States Attorney's Office
12 Central District of California
   300 North Los Angeles Street
13 Suite 7516
   Los Angeles, California 90012

14

15      I declare under penalty of perjury under the laws of the State of California

16 and the United States that the foregoing is true and correct.

17

18 Executed on November 7, 2017, at Los Angeles, California.

19

20                                        Amber Williams

21                                        Amber Williams

22

23

24

25

26

27

28

_____

PROOF OF SERVICE