UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, MONY NETH, individually and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>Respondents. | Case No. 8:17-cv-01898-CJC (GJSx)<br><br>**ORDER** |

The Court GRANTS the Stipulation to Extend Time to Respond to Initial Complaint (ECF No. 23).  The deadline for Respondents Sandra Hutchens, Sheriff of Orange County, and Scott R. Jones, Sheriff of Sacramento County, to respond to the Complaint is extended to January 8, 2018.

IT IS SO ORDERED.

DATED:     November 27, 2017     _____
Cormac J. Carney
United States District Judge