1  JINGNI (JENNY) ZHAO (#284684)
   ANOOP PRASAD (#250681)
2  KEVIN CHUN HOI LO (#278908)
   MELANIE CHUN-YU KIM (#292588)
3  WINIFRED KAO (#241473)
   ASIAN AMERICANS ADVANCING JUSTICE–
4  ASIAN LAW CAUCUS
   55 Columbus Avenue
5  San Francisco, California 94111
   Telephone: (415) 896-1701
6  Fax: (415) 896-1702
   Email: jennyz@advancingjustice-alc.org
7
   *Additional Counsel Listed On Next Page*
8
   Attorneys for Petitioners
9

10                    UNITED STATES DISTRICT COURT

11                    CENTRAL DISTRICT OF CALIFORNIA

12  NAK KIM CHHOEUN, MONY NETH, individually and on behalf of a class of similarly-situated individuals,

    Petitioners,

    v.

    DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; THOMAS D. HOMAN, Acting Director, United States Immigration and Customs Enforcement; ELAINE C. DUKE, Acting Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; SANDRA HUTCHENS, Sheriff of Orange County; and SCOTT R. JONES, Sheriff of Sacramento County.

    Respondents.

Case No. 8:17-cv-01898-CJC (GJSx)
Assigned to: Hon. Cormac J. Carney

**DECLARATION OF DARLENE M. CHO IN SUPPORT OF PETITIONERS' APPLICATION FOR LEAVE TO FILE REDACTED DECLARATION NO. 1 [ECF NO. 28-19] AND REDACTED DECLARATION NO. 2 [ECF NO. 28-20] UNDER SEAL**

DECLARATION OF DARLENE M. CHO ISO PETITIONERS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

1  LABONI HOQ (SBN 224140)
   NICOLE GON OCHI (SBN 268678)
2  CHRISTOPHER LAPINIG (SBN 802525)
   ASIAN AMERICANS ADVANCING JUSTICE - LA
3  1145 Wilshire Blvd., 2nd Floor
   Los Angeles, CA 9001
4  Telephone: (213) 977-7500
   Fax: (213) 977-7595
5  Email: lhoq@advancingjustice-la.org
   Email: nochi@advancingjustice-la.org
6  Email: clapinig@advancingjustice-la.org

7  MICHAEL L. MALLOW (SBN 188745)
   SEAN A. COMMONS (SBN 217603)
8  SIDLEY AUSTIN LLP
   555 W. Fifth Street, Suite 4000
9  Los Angeles, CA 90013
   Telephone: (213) 896-6000
10 Fax: (213) 896-6600
   Email: mmallow@sidley.com
11 Email: scommons@sidley.com

12 DARLENE CHO (SBN 251167)
   SIDLEY AUSTIN LLP
13 1999 Avenue of the Stars, 17th Floor
   Los Angeles, CA 90067
14 Telephone: (310) 595-9500
   Fax: (310) 595-9501
15 Email: dcho@sidley.com

16 NAOMI IGRA (SBN 269095)
   SIDLEY AUSTIN LLP
17 555 California Street, Ste. 2000
   San Francisco, CA 94104
18 Telephone: (415) 772-1200
   Fax: (415) 772-7400
19 Email: naomi.igra@sidley.com

20

21

22

23

24

25

26

27

28

DECLARATION OF DARLENE M. CHO ISO PETITIONERS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

## DECLARATION OF DARLENE M. CHO

I, Darlene M. Cho, hereby declare as follows:

1. I am an attorney at Sidley Austin LLP, one of the attorneys representing Petitioners in the above-captioned action. The facts set forth herein are personally known to me and if called as a witness, I could and would competently testify to them.

2. On December 14, 2017, I spoke to Respondents' counsel, Troy Liggett and Aram Gavoor, via telephone regarding Petitioners' Application for Leave to File Redacted Declaration No. 1 [ECF No. 28-19] and Redacted Declaration No. 2 [ECF No. 28-20] Under Seal. Counsel for Respondents informed me they would not oppose Petitioners' application for leave to file under seal.

## BACKGROUND REGARDING
## FILING OF REDACTED DECLARATION NO. 1 [ECF No. 28-19] AND
## REDACTED DECLARATION NO. 2 [ECF No. 28-20]

3. On December 12, 2017, Petitioners filed public versions of Redacted Declaration No. 1 [ECF No. 28-19] and Redacted Declaration No. 2 [ECF No. 28-20] in support of Petitioners' emergency Application for a Temporary Restraining Order. *See* ECF No. 28-19 & No. 28-20. Accordingly, public versions of the Redacted Declarations are already part of the Court's records.

4. An application for leave to file the declarations under seal was not filed concurrently with the filing of the declarations due to the extenuating circumstances facing Petitioners, namely, that Petitioners were informed that their removal was imminent.

5. On December 14, 2017, the Courtroom Deputy requested that Petitioners file an application for leave to file the declarations under seal. Accordingly, Petitioners respectfully submit this formal application for leave to file Redacted Decl. No. 1 [ECF No. 28-19] and Redacted Decl. No. 2 [ECF No. 28-20] under seal, with apologies for the belated filing.

1
DECLARATION OF DARLENE M. CHO ISO PETITIONERS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

6. Unredacted versions of Redacted Decl. No. 1 [ECF No. 28-19] and Redacted Decl. No. 2 [ECF No. 28-20] were delivered to the Court's chambers on December 14, 2017 and were contemporaneously provided to Respondents' counsel via email and via overnight delivery.

7. The confidential information contained in Redacted Decl. No. 1 [ECF No. 28-19] and Redacted Decl. No. 2 [ECF No. 28-20] consists of the identities of the declarants and details that may reveal the identities of the referenced detainees and family members. This information was redacted to ensure the safety of Petitioners and their families and prevent retaliation by Cambodian officials who attempted to extort and threatened Petitioners during interviews.

8. Petitioners fear retaliation for speaking out against Cambodian officials who extorted and threatened Petitioners and Petitioners' family members during and after interviews.

9. Indeed, many others have come forward with information regarding similar extortion attempts by Cambodian officials, but declined to provide a declaration regarding their experience, even when counsel advised that identifying information would be heavily redacted in any public filing.

10. The two witnesses that agreed to provide Redacted Decl. No. 1 [ECF No. 28-19] and Redacted Decl. No. 2 [ECF No. 28-20] only did so because they believed information that would jeopardize the safety of any detainees or their families would not appear in any public filing or otherwise be disclosed to anyone outside of this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of December, 2017, at Los Angeles, California.

*/s/ Darlene M. Cho*
Darlene M. Cho

DECLARATION OF DARLENE M. CHO ISO PETITIONERS' APPLICATION FOR LEAVE TO FILE UNDER SEAL