|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NAK KIM CHHOEUN, MONY NETH, individually and on behalf of a class of similarly-situated individuals, | Case No. 8:17-cv-01898-CJC (GJSx) Assigned to: Hon. Cormac J. Carney |
|---|---|
| Petitioners, | **[PROPOSED] ORDER GRANTING PETITIONERS' APPLICATION FOR LEAVE TO FILE REDACTED DECLARATION NO. 1 [ECF NO. 28-19] AND REDACTED DECLARATION NO. 2 [ECF NO. 28-20] UNDER SEAL** |
| v. |   |
| DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; THOMAS D. HOMAN, Acting Director, United States Immigration and Customs Enforcement; ELAINE C. DUKE, Acting Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; SANDRA HUTCHENS, Sheriff of Orange County; and SCOTT R. JONES, Sheriff of Sacramento County. |   |
| Respondents. |   |

LABONI HOQ (SBN 224140)
NICOLE GON OCHI (SBN 268678)
CHRISTOPHER LAPINIG (SBN 802525)
ASIAN AMERICANS ADVANCING JUSTICE - LA
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500
Fax: (213) 977-7595
Email: lhoq@advancingjustice-la.org
Email: nochi@advancingjustice-la.org
Email: clapinig@advancingjustice-la.org

MICHAEL L. MALLOW (SBN 188745)
SEAN A. COMMONS (SBN 217603)
SIDLEY AUSTIN LLP
555 W. Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600
Email: mmallow@sidley.com
Email: scommons@sidley.com

DARLENE CHO (SBN 251167)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Fax: (310) 595-9501
Email: dcho@sidley.com

NAOMI IGRA (SBN 269095)
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Fax: (415) 772-7400
Email: naomi.igra@sidley.com

# ORDER

The Court, having considered Petitioners' Application for Leave to File Redacted Declaration No. 1 [ECF No. 28-19] and Redacted Declaration No. 2 [ECF No. 28-20] Under Seal and supporting documents, and finding good cause, HEREBY ENTERS THE FOLLOWING ORDERS:

1. Petitioners are granted leave to file under seal, and the following documents are accepted and deemed filed as of December 12, 2017:

| Document | Disposition |
| --- | --- |
| Redacted Declaration No. 1 [ECF No. 28-19] | Accepted and deemed filed as of December 12, 2017 |
| Redacted Declaration No. 2 [ECF No. 28-20] | Accepted and deemed filed as of December 12, 2017 |

[*Alternatively, if application is denied:*]

The Court, having considered Petitioners' Application for Leave to File Redacted Declaration No. 1 [ECF No. 28-19] and Redacted Declaration No. 2 [ECF No. 28-20] Under Seal and supporting documents, HEREBY ENTERS THE FOLLOWING ORDERS:

1. Petitioners' application is denied;

2. The Courtroom Deputy Clerk is ordered to destroy the chambers copies of the unredacted versions of Redacted Declaration No. 1 [ECF No. 28-19] and Redacted Declaration No. 2 [ECF No. 28-20] delivered on December 14, 2017;

3. Respondents are ordered to destroy all copies of the unredacted versions of Redacted Declaration No. 1 [ECF No. 28-19] and Redacted Declaration No. 2 [ECF No. 28-20] served by counsel for Petitioners on December 14, 2017 via email and by overnight delivery (FedEx); and

4. Petitioners may file a request for reconsideration on or before _____.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          The Honorable Cormac J. Carney
                                          United States District Court Judge