UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, MONY NETH, individually and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; THOMAS D. HOMAN, Acting Director, United States Immigration and Customs Enforcement; ELAINE C. DUKE, Acting Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; SANDRA HUTCHENS, Sheriff of Orange County; and SCOTT R. JONES, Sheriff of Sacramento County.<br><br>Respondents. | Case No. 8:17-cv-01898-CJC (GJSx)<br>Assigned to: Hon. Cormac J. Carney<br><br>**ORDER GRANTING PETITIONERS' APPLICATION FOR LEAVE TO FILE REDACTED DECLARATION NO. 1 [ECF NO. 28-19] AND REDACTED DECLARATION NO. 2 [ECF NO. 28-20] UNDER SEAL** |

ORDER GRANTING PETITIONERS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

1  LABONI HOQ (SBN 224140)
   NICOLE GON OCHI (SBN 268678)
2  CHRISTOPHER LAPINIG (SBN 802525)
   ASIAN AMERICANS ADVANCING JUSTICE - LA
3  1145 Wilshire Blvd., 2nd Floor
   Los Angeles, CA 90017
4  Telephone: (213) 977-7500
   Fax: (213) 977-7595
5  Email: lhoq@advancingjustice-la.org
   Email: nochi@advancingjustice-la.org
6  Email: clapinig@advancingjustice-la.org

7  MICHAEL L. MALLOW (SBN 188745)
   SEAN A. COMMONS (SBN 217603)
8  SIDLEY AUSTIN LLP
   555 W. Fifth Street, Suite 4000
9  Los Angeles, CA 90013
   Telephone: (213) 896-6000
10 Fax: (213) 896-6600
   Email: mmallow@sidley.com
11 Email: scommons@sidley.com

12 DARLENE CHO (SBN 251167)
   SIDLEY AUSTIN LLP
13 1999 Avenue of the Stars, 17th Floor
   Los Angeles, CA 90067
14 Telephone: (310) 595-9500
   Fax: (310) 595-9501
15 Email: dcho@sidley.com

16 NAOMI IGRA (SBN 269095)
   SIDLEY AUSTIN LLP
17 555 California Street, Ste. 2000
   San Francisco, CA 94104
18 Telephone: (415) 772-1200
   Fax: (415) 772-7400
19 Email: naomi.igra@sidley.com

20
21
22
23
24
25
26
27
28

# ORDER

The Court, having considered Petitioners' Application for Leave to File Redacted Declaration No. 1 [ECF No. 28-19] and Redacted Declaration No. 2 [ECF No. 28-20] Under Seal and supporting documents, and finding good cause, HEREBY ENTERS THE FOLLOWING ORDERS:

1. Petitioners are granted leave to file under seal, and the following documents are accepted and deemed filed as of December 12, 2017:

| Document | Disposition |
| --- | --- |
| Redacted Declaration No. 1 [ECF No. 28-19] | Accepted and deemed filed as of December 12, 2017 |
| Redacted Declaration No. 2 [ECF No. 28-20] | Accepted and deemed filed as of December 12, 2017 |

**IT IS SO ORDERED.**

Dated: December 18, 2017      _____

The Honorable Cormac J. Carney
United States District Court Judge