UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-01898-CJC (GJSx) | Date | January 9, 2018 |
|---|---|---|---|
| Title | Nak Kim Chhoeun et al v. David Marin et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                     None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER REGARDING LETTER RECEIVED BY THE COURT

The Court received a letter from Khum Sum on December 26, 2017. Pursuant to L.R. 83-2.5, attorneys or parties to any action or proceeding shall refrain from writing letters to the judge, making telephone calls to chambers, or otherwise communicating with a judge in a pending matter unless opposing counsel is present. All matters shall be called to a judge's attention by appropriate application or motion filed in compliance with these Local Rules.

Therefore, the Court has forwarded the letter to counsel of record. No further action will be taken at this time. However, if counsel for the Plaintiff wishes to address the matter contained in the letter, he can do so in accordance with the applicable rules and law.

                                                                                                                                           \_\_\_\_ : \_\_\_\_

                                      Initials of Deputy Clerk   mku

cc: