# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| NAK KIM CHHOEUN AND MONY NETH, individually and on behalf of a class of similarly-situated individuals,<br><br>Petitioners,<br><br>v.<br><br>DAVID MARIN, DAVID JENNINGS, THOMAS HOMAN, ELAINE DUKE, JEFFERSON SESSIONS III, SANDRA HUTCHENS, AND SCOTT JONES,<br><br>Respondents. | Case No.: SACV 17-01898-CJC(GJSx)<br><br>**PRELIMINARY INJUNCTION** |

//
//
//

This matter came before the Court upon Petitioners' application for a Temporary Restraining Order and the Order to Show Cause Why a Preliminary Injunction Should Not Be Granted. On January 25, 2018, the Court issued an Order granting a preliminary injunction to temporarily stay the execution of Petitioners' removal orders.

IT IS HEREBY ORDERED that the Government is preliminarily restrained and enjoined from executing Petitioners' final orders of removal until February 5, 2018. This Order extends to Respondents and any other federal officials and personnel involved in the removal process. The Order applies to the removal of all Petitioners, who are 92 individuals within the putative class who have received travel papers or who are being considered for travel papers. The Order shall not apply to the seventeen individuals who have filed motions to withdraw in this case. (*See* Dkts. 42–45, 47–59.)

IT IS FURTHER ORDERED that for those Petitioners who file a motion to reopen by February 5, 2018, the Government's execution of their final orders of removal shall be stayed through the adjudication of the administrative process and seven days after the Board of Immigration Appeals denies any motion to reopen. After that seven day period, this Court's stay of removal shall expire.

DATED: January 25, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE