JINGNI (JENNY) ZHAO (#284684)
ANOOP PRASAD (#250681)
KEVIN CHUN HOI LO (#278908)
MELANIE CHUN-YU KIM (#292588)
WINIFRED KAO (#241473)
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702
Email: jennyz@advancingjustice-alc.org

*Additional Counsel Listed On Next Page*

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, MONY NETH, individually and on behalf of a class of similarly-situated individuals,<br><br>                    Petitioners,<br><br>        v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; THOMAS D. HOMAN, Acting Director, United States Immigration and Customs Enforcement; KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; SANDRA HUTCHENS, Sheriff of Orange County; and SCOTT R. JONES, Sheriff of Sacramento County,<br><br>                    Respondents. | Case No. 8:17-cv-01898-CJC (GJSx)<br>Assigned to: Hon. Cormac J. Carney<br><br>**DECLARATION OF MELANIE CHUN-YU KIM** |

DECLARATION OF MELANIE CHUN-YU KIM

1  LABONI HOQ (SBN 224140)
   NICOLE GON OCHI (SBN 268678)
2  CHRISTOPHER LAPINIG (SBN 802525)
   ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
3  1145 Wilshire Blvd., 2nd Floor
   Los Angeles, CA 90017
4  Telephone: (213) 977-7500
   Fax: (213) 977-7595
5  Email: lhoq@advancingjustice-la.org
   Email: nochi@advancingjustice-la.org
6  Email: clapinig@advancingjustice-la.org

7  MICHAEL L. MALLOW (SBN 188745)
   SEAN A. COMMONS (SBN 217603)
8  SIDLEY AUSTIN LLP
   555 W. Fifth Street, Suite 4000
9  Los Angeles, CA 90013
   Telephone: (213) 896-6000
10 Fax: (213) 896-6600
   Email: mmallow@sidley.com
11 Email: scommons@sidley.com

12 DARLENE CHO (SBN 251167)
   KATELYN ROWE (SBN 318386)
13 SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
14 Los Angeles, CA 90067
   Telephone: (310) 595-9500
15 Fax: (310) 595-9501
   Email: dcho@sidley.com
16 Email: krowe@sidley.com

17 NAOMI IGRA (SBN 269095)
   ANGELA C. MAKABALI (SBN 296824)
18 SIDLEY AUSTIN LLP
   555 California Street, Ste. 2000
19 San Francisco, CA 94104
   Telephone: (415) 772-1200
20 Fax: (415) 772-7400
   Email: naomi.igra@sidley.com
21 Email: amakabali@sidley.com

22 LEE GELERNT (NY Bar NY-8511)
   JUDY RABINOVITZ (NY Bar JR-1214)
23 ANAND BALAKRISHNAN (Conn. Bar 430329)
   ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
24 125 Broad Street, 18th Floor
   New York, NY 10004
25 (212) 549-2616
   Email: lgelernt@aclu.org

DECLARATION OF MELANIE CHUN-YU KIM

I, Melanie Chun-Yu Kim, declare and state as follows:

1. I make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently.

2. I have practiced immigration law since 2014 and am currently employed as a Staff Attorney in the Immigrant Rights Program at Asian Americans Advancing Justice – Asian Law Caucus (AAAJ-ALC). We are located at 55 Columbus Avenue, San Francisco, CA 94111. Founded in 1972, AAAJ-ALC's mission is to serve low-income Asian Pacific Islander immigrant communities through direct services, advocacy, and litigation.

3. In my role as a Staff Attorney, one of my duties has been to review and track records received from named petitioners and class members in *Chhoeun v. Marin*, No. 17-cv-01898 (C.D. Cal.).

4. Class members have provided true and correct copies of four different types of documents that they have received from either U.S. Immigration and Customs Enforcement ("ICE") or the Royal Embassy of Cambodia to the United States ("Cambodian Embassy"): eight (8) Release Notifications from ICE (Exhibit A); Eleven (11) Orders of Supervision and related documents (Exhibit B); three (3) Notices of Revocation of Release (Exhibit C); and six (6) Decisions to Continue Detention from ICE (Exhibit D). Four (4) class members also provided the documents they submitted to ICE to be considered for their post-order custody reviews ("POCR") (Exhibit E).

5. All eight Release Notifications state in the last paragraph that, in the event that ICE obtains a travel document for the class member, he "will, at that time, be given an opportunity to prepare for an orderly departure." True and correct copies of class members' Release Notifications are attached as Exhibit A.

6. Eleven class members provided their orders of supervision and related documents. (Exhibit B). All eleven class members provided sign-in sheets from their orders of supervision, indicating that they attended scheduled check-ins with ICE in compliance

with their orders. Notably, Khoeuth Um's documents indicate that he has attended scheduled ICE check-ins since 2000. Named Petitioner Nak Kim Chhoeun's documents indicate that he has attended scheduled ICE check-ins since 2003. Phann Pheach and Thy Chann's documents indicate that they have attended scheduled ICE check-ins since 2006. Two class members' documents indicate that they wrote letters to the Cambodian Embassy requesting travel documents in compliance with their orders of supervision. One class member received two letters from the Cambodian Embassy denying his requests for a travel document. One class member provided a letter from ICE stating that he had complied with his order of supervision. (Exhibit B). True and correct copies of class members' orders of supervision and related documents are attached as Exhibit B.

7. On the evening of January 9, 2018, the spouse of a class member informed me that her husband and a group of other class members originally detained in northern California were being released from ICE custody from ICE's Sacramento Field Office. The group had been transferred to West Texas Detention Facility in Sierra Blanca, Texas, and had been told by ICE officers that they would be deported to Cambodia from that location. However, instead of being deported, they were transferred back to northern California, and released. The same evening, other AAAJ-ALC staff and I determined by checking ICE's Online Detainee Locator System and Sacramento County's Inmate Information System that approximately ten class members from northern California had been released. In the weeks that followed, we asked advocates for Cambodian refugees around the country whether class members in their regions had been released. We did not learn of any other class members who were released in January. Three of the northern California class members who were released from ICE custody submitted documents from their orders of supervision that were issued on January 9, 2018. (Exhibit B). Their documents indicate that they continued complying with their orders of supervision, checking in with ICE on February 5, 2018. (Exhibit B).

8. The Notices of Revocation of Release inform class members that their prior release on orders of supervision is revoked and that they will be kept in the custody of ICE. The Notices generally state that their detention is due to Cambodia agreeing to conduct interviews. For example, one Notice of Revocation states the following: "Subject to be

interviewed by Cambodian Consular officers for possible issuance of travel document." One Notice of Revocation states that the class member failed "to abide by one or more conditions of [his] prior order of supervision dated August 1, 2017," but does not specify what condition was violated that allegedly justified the revocation. True and correct copies of class members' Notices of Revocation are attached as Exhibit C.

9. True and correct copies of six class members' Decisions to Continue Detention following the POCR process are attached as Exhibit D. Four of the Decisions state the following boilerplate language: "This decision has been made based on a review of your file and/or personal interview and consideration of any information you submitted to ICE's reviewing officials." Three of the Decisions indicate that ICE is pursuing a travel document. One of the Decisions appears to have been copied in part from another noncitizen's file because it erroneously states that the class member is in "withholding-only proceedings," which occur when a person who has reentered the United States without permission after removal establishes a reasonable fear of persecution or torture, *see* 8 C.F.R. § 208.31. (Exhibit D)

> The Agency is actively pursuing the execution of your previous removal order. Your case is currently in Withholding proceedings. If your case is ultimately unsuccessful, your removal is reasonably foreseeable in that ICE is able to effectuate removals to Cambodia.

10. Three Decisions to Continue Detention state that ICE received a travel document for that class member. (Exhibit D). Two of those three Decisions state that ICE did not conduct a POCR pursuant to 8 C.F.R. § 241.4(g)(4). Some Decisions state that the class member is a danger or flight risk; however, none of the Decisions reference any evidence or provide any reasoning for those conclusions. Notably, the scheduled date of Named Petitioner Nak Kim Chhoeun's POCR is "on or about" January 18, 2018. (Exhibit D). However, the date of his Decision to Continue Detention is January 9, 2018—one day before Mr. Chhoeun's attorney submitted supporting documents on his behalf. (Exhibits D and E).

11. True and correct copies of four class members' documents submitted in support of their release at their post-order custody review ("POCR") are attached as Exhibit E. Class

members submitted hundreds of pages of documents in advance of their POCR, including letters of support from friends and family members, medical records of chronically ill family members, proof of family members' U.S. citizenship, documentation of community service, letters of support from employers, compliance with ICE orders of supervision, and family photos. (Exhibit E). AAAJ-ALC has not received any documents evidencing the release of any class member as a result of the POCR process.

I declare under penalty of perjury of the laws of the United States the foregoing is true and correct. Executed in San Francisco, California on March 16 2018.

*[signature]*

Melanie Chun-Yu Kim

DECLARATION OF MELANIE CHUN-YU KIM