# EXHIBIT A

Class Members' Release Notifications

*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
2020 North Central Avenue, Suite 200
Phoenix, Arizona 85004



**U.S. Immigration and Customs Enforcement**

Phorn TEM
C/O Eloy Detention Center
1705 E Hanna Road
Eloy, AZ 85131

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you will be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law, may result in your being taken back into custody and any bond you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-government organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____, DFoD
Signature of Field Office Director

Katrina S. Kane, Field Office Director

JAN 0 6 2012
Date

(rev. 1/26/05)

Ex. A-1



Office of Enforcement and Removal Operations
San Francisco Field Office

U.S. Department of Homeland Security
650 Capitol Mall, Room 1-120
Sacramento, CA 95814

**U.S. Immigration and Customs Enforcement**

TEM, Phorn
c/o Immigration and Customs Enforcement
San Francisco Field Office

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. You will be placed on an Order of Supervision (O/S). A violation of one or more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____                                          1/5/18
Dana Fishburn, Acting Deputy Field Office Director                          Date

www.ice.gov

Ex. A-2



**U.S. Department of Justice**
Immigration and Naturalization Service

Date: 12/21/99

JFK Federal Building
*Government Center*
*Boston, MA 02109*

Mr. Koeuth Um
C/O Hillsboro County Jail
445 Willow Street
Manchester, NH 03103



## Decision of Post Order Custody Review - Release

You are currently detained in the custody of the Immigration and Naturalization Service (INS). To date, the INS has been unable to remove you from the United States as ordered on (12/23/96  ).

Upon review of your case, the INS has concluded that you may be released from INS custody pending your removal from the United States. This release does not effect the foregoing order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond which you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations who may be willing to assist you upon release.

It is particularly important that you keep the INS advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. You are required by law to cooperate in that effort. If we are successful in obtaining those documents, you will be required to surrender to the INS for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____  ADO/ODO          12/22/99
Signature of District Director/Designated Representative         Date

Print Name, Title and Location: _____

(Page 1 of 2)         *filed copy*         Ex. A-3         **159**

E 407

Case 8:17-cv-01898-CJC-GJS   Document 92-9   Filed 03/19/18   Page 5 of 9   Page ID #:1311



Office of Detention and Removal Operations

U.S. Department of Homeland Security
2035 North Central Avenue
Phoenix, Arizona 85004

**U.S. Immigration and Customs Enforcement**

Phann PHEACH
C/O Eloy Detention Center
1705 East Hanna Road
Eloy, Arizona 85231

## Decision of Post Order Custody Review - Release

You are currently detained in the custody of Immigration and Customs Enforcement (ICE). To date, ICE has been unable to remove you from the United States as ordered on <u>June 20, 2006</u>.

Upon review of your case, ICE has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect the foregoing order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law, may result in your being taken back into custody and any bond you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-government organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. You are required by law to cooperate in that effort. If we are successful in obtaining those documents, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____                                  10-3-2006
Signature of Director/Designated Representative            Date

Print Name, Title and Location:  <u>Phillip Crawford, Field Office Director, Phoenix, Arizona</u>
(Page 1 of 2)

Ex. A-4

*Enforcement and Removal Operations*

U.S. Department of Homeland Security
880 Front Street, Suite 2232
San Diego, CA 92101



U.S. Immigration
and Customs
Enforcement

CHOEUM, Sophanarin
C/O CoreCivic
Otay Mesa Detention Center
7488 Calzada de la Fuente
San Diego, CA 92154



# Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____   9/25/17
Signature of Field Office Director, ERO/Designated Representative     Date

Print Name, Title and Location: <u>John A. Garzon, Deputy Field Office Director, San Diego, CA</u>

(rev. 1/28/08)                                                         Ex. A-5

*Between 8-2pm*

*Enforcement and Removal Operations*
**U.S. Department of Homeland Security**
500 12TH Street, SW
Washington, DC 20536



U.S. Immigration
and Customs
Enforcement

KUM, Sothy
c/o Immigration and Customs Enforcement
Chicago, IL Field Office

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE), has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. **You may be required to participate in an Alternatives to Detention (ATD) Program which may include the use of Active/Passive GPS monitoring, monthly reporting and telephonic reporting. Within 30 days of your release from custody, you must report to an ICE office with a valid travel document or proof that you have a current travel document application pending.** A violation of one of these conditions, or of any local, state or federal law may result in you being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon you maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

Nicole D. Wright     7/27/17
HQ RIO Chief         Date

(rev. 1/26/05)

Ex. A-6




Office of Detention and Removal Operations
San Diego Field Office

U.S. Department of Homeland Security
880 Front Street
San Diego, CA 92101

U.S. Immigration
and Customs
Enforcement

Thy Chann
C/O El Centro Service Processing Facility
1115 N. Imperial Avenue
El Centro, CA 9224

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States. This release is to be considered a parole, unless you were lawfully admitted when you last entered the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. A violation of one or more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_R. Culle_                                  8/7/6
Robert Culley, Deputy Field Office Director, San Diego, CA        Date

(rev 1/19/05)

Ex. A-7

*Office of Detention and Removal Operations*

U.S. Department of Homeland Security
801 I Street, NW
Washington, DC 20536



# U.S. Immigration and Customs Enforcement

Kosal CHHIM
C/O ICE Office of Detention & Removal
Baltimore Field Office

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. **Among other conditions will be the requirement that you report to your probationary officer within 48 hours of your release to fulfill your probationary requirements. Also you will be required to report to ICE bi weekly until you are removed.** A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____  DEC 1 8 2006
Signature of HQPDU Director/Designated Representative    Date

(rev. 1/26/05)

Ex. A-8