# EXHIBIT D

Decisions to Continue Detention

*Office of Enforcement and Removal Operations*
*Los Angeles Field Office*

**U.S. Department of Homeland Security**
501 The City Drive South
Orange, CA 92868



**U.S. Immigration and Customs Enforcement**

Chhoeun, Nak Kim
c/o Theo Lacy Facility
501 The City Drive South
Orange, CA 92868



# Notice to Alien of File Custody Review

You are detained in the custody of U.S. Immigration and Customs Enforcement (ICE) and you are required to cooperate with ICE in effecting your removal from the United States. If ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody), ICE's Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you will not pose a danger to the community and will not present a flight risk.

Your custody status will be reviewed on or about **01/18/2018**. The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The deciding official will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

www.ice.gov

Ex. D-1

Office of Enforcement and Removal Operations
**U.S. Department of Homeland Security**
300 N. Los Angeles Street, Room 7631A
Los Angeles, California 90012



**U.S. Immigration and Customs Enforcement**

CHHOEUN, Nak Kim
c/o Theo Lacy Facility
501 The City Drive South
Orange, CA 92868

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

You have been ordered removed from the United States and efforts will continue to remove you to Cambodia. The government of Cambodia has not denied the issuance of a travel document to permit your return to your country. In addition, a review of your criminal convictions indicates you could be a threat to the community if you were released from custody.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the United States by April 18, 2018, jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Review Unit (HQ POCRU), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ POCRU will make a final determination regarding your custody.

_____
Thomas P. Giles
Deputy Field Office Director

JAN 0 9 2018
_____
Date

www.ice.gov

Ex. D-2

U.S. Department of Homeland Security
Office of Enforcement and Removal Operations
San Francisco Field Office
630 Sansome Street
San Francisco, CA 94111



**U.S. Immigration and Customs Enforcement**

PHIN, Kimson
C/O Immigration and Customs Enforcement
San Francisco Field Office

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

The Agency is actively pursuing the execution of your previous removal order. Your case is currently in Withholding proceedings. If your case is ultimately unsuccessful, your removal is reasonably foreseeable in that ICE is able to effectuate removals to Cambodia.

You have an extensive criminal history including felony convictions.

Based on the above, you are deemed a flight risk and/or danger to the community. You are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the United States by April 3, 2018, jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Review Unit (HQ POCRU), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ POCRU will make a final determination regarding your custody.

_____
Polly E. Kaiser, Deputy Field Office Director

2/28/17
Date

www.ice.gov

Ex. D-3



Office of Enforcement and Removal Operations

U.S. Department of Homeland Security



U.S. Immigration
and Customs
Enforcement

UM, Khoeuth
C/o Stewart Detention Center
146 CCA Road
Lumpkin, GA 31815

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

An Immigration Judge has ordered your removal from the United States to Cambodia. You have not established to ICE's satisfaction that you are not a flight risk or a danger to the community. ICE is aggressively pursuing efforts to obtain a travel document for your removal. ICE believes your removal will occur in the reasonably foreseeable future.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 U.S.C. Section 1253(a).

With this letter, jurisdiction of the custody decision in your case is transferred to the Headquarters Post Order Review Unit (HQ POCRU), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ POCRU will make a final determination regarding your custody.

_____  12-29-17
Sean Gallagher Field Office Director    Date

156

Ex. D-4



Office of Enforcement and Removal Operations

U.S. Department of Homeland Security
101 W. Congress Parkway Suite 4000
Chicago, IL 60605

## U.S. Immigration and Customs Enforcement

KUM, Sothy
c/o Immigration and Customs Enforcement
Chicago Field Office

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

The Immigration Judge at Chicago ordered your removal. A travel document has been received for the Embassy of Cambodia for you. Your removal is imminent.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

If you have not been released or removed from the United States by April 3, 2018, jurisdiction of the custody decision in your case will be transferred to the Headquarters Post Order Review Unit (HQ POCRU), Potomac Center North, 500 12th Street SW, Washington, DC 20536. HQ POCRU will make a final determination regarding your custody.

Ricardo Wong
Chicago Field Office Director

Date

www.ice.gov

Ex. D-5

*Office of Enforcement and Removal Operations*
U.S. Department of Homeland Security
10400 Rancho Road
Adelanto, CA 92301



**U.S. Immigration and Customs Enforcement**

PHEACH, Phann
c/o Adelanto ICE Processing Center
10400 Rancho Road
Adelanto, CA 92301

## Notice Pursuant to 8 CFR 241.4(g)(4)

This letter is to inform you that, pursuant to 8 CFR 241.4(g)(4), U.S. Immigration and Customs Enforcement (ICE) will not conduct a custody review at this time. ICE is in possession of a travel document to effect your removal and expects this to occur in the near future. You will remain in custody pending your removal

You are advised that any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

_____  DEC 2 0 2017
Signature of Assistant Field Office Director, ERO    Date

www.ice.gov

Ex. D-6



Office of Enforcement and Removal Operations

**U.S. Department of Homeland Security**
300 N. Los Angeles Street, Room 7631
Los Angeles, CA 90012

### U.S. Immigration and Customs Enforcement

SAM, Theat
c/o Adelanto ICE Processing Center
10400 Rancho Road
Adelanto, CA 92301

## Notice to Alien of File Custody Review

You are detained in the custody of U.S. Immigration and Customs Enforcement (ICE) and you are required to cooperate with ICE in effecting your removal from the United States. If ICE has not removed you from the United States within the removal period as set forth in INA 241(a) (normally 90-days of either: 1) your entering ICE custody with a final order of removal, deportation or exclusion, or 2) the date of any final order you receive while you are in ICE custody), the ICE Deciding Official will review your case for consideration of release on an Order of Supervision. Release, however, is dependent on your demonstrating to the satisfaction of the Attorney General that you **will not** pose a danger to the community and **will not** present a flight risk.

Your custody status will be reviewed on or about: **01/10/2018**. The Deciding Official may consider, but is not limited to considering the following:

1. Criminal convictions and criminal conduct;
2. Other criminal and immigration history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Cooperation in obtaining your travel document.
10. Any available mental health reports.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above, to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An attorney or other person may submit materials on your behalf. The deciding official will notify you of the decision in your case. Attached to this notice is a list of free or low cost legal representatives who may be able to provide assistance to you in preparing your case.

Ex. D-7

u A

*Office of Enforcement and Removal Operations*
**U.S. Department of Homeland Security**
10400 Rancho Road
Adelanto, CA 92301



**U.S. Immigration and Customs Enforcement**

SAM, Theat
c/o Adelanto ICE Processing Center
10400 Rancho Road
Adelanto, CA 92301

## Notice Pursuant to 8 CFR 241.4(g)(4)

This letter is to inform you that, pursuant to 8 CFR 241.4(g)(4), U.S. Immigration and Customs Enforcement (ICE) will not conduct a custody review at this time. ICE is in possession of a travel document to effect your removal and expects this to occur in the near future. You will remain in custody pending your removal.

You are advised that any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

_____
Signature of Assistant Field Office Director, ERO

DEC 2 0 2017
Date

www.ice.gov

Ex. D-8