JINGNI (JENNY) ZHAO (#284684)
ANOOP PRASAD (#250681)
KEVIN CHUN HOI LO (#278908)
MELANIE CHUN-YU KIM (#292588)
WINIFRED KAO (#241473)
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702
Email: jennyz@advancingjustice-alc.org

*Additional Counsel Listed On Next Page*

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, MONY NETH, individually and on behalf of a class of similarly-situated individuals,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; THOMAS D. HOMAN, Acting Director, United States Immigration and Customs Enforcement; KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; SANDRA HUTCHENS, Sheriff of Orange County; and SCOTT R. JONES, Sheriff of Sacramento County,<br><br>　　　　　Respondents. | Case No. 8:17-cv-01898-CJC (GJSx)<br>Assigned to: Hon. Cormac J. Carney; Hon. Gail J. Standish, U.S. Magistrate Judge<br><br>**NOTICE OF LODGING OF STIPULATED PROTECTIVE ORDER** |

1  LABONI HOQ (SBN 224140)
   NICOLE GON OCHI (SBN 268678)
2  CHRISTOPHER LAPINIG (SBN 802525)
   ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES
3  1145 Wilshire Blvd., 2nd Floor
   Los Angeles, CA 90017
4  Telephone: (213) 977-7500
   Fax: (213) 977-7595
5  Email: lhoq@advancingjustice-la.org
   Email: nochi@advancingjustice-la.org
6  Email: clapinig@advancingjustice-la.org

7  MICHAEL L. MALLOW (SBN 188745)
   SEAN A. COMMONS (SBN 217603)
8  SIDLEY AUSTIN LLP
   555 W. Fifth Street, Suite 4000
9  Los Angeles, CA 90013
   Telephone: (213) 896-6000
10 Fax: (213) 896-6600
   Email: mmallow@sidley.com
11 Email: scommons@sidley.com

12 DARLENE CHO (SBN 251167)
   KATELYN ROWE (SBN 318386)
13 SIDLEY AUSTIN LLP
   1999 Avenue of the Stars, 17th Floor
14 Los Angeles, CA 90067
   Telephone: (310) 595-9500
15 Fax: (310) 595-9501
   Email: dcho@sidley.com
16 Email: krowe@sidley.com

17 NAOMI IGRA (SBN 269095)
   ANGELA C. MAKABALI (SBN 296824)
18 SIDLEY AUSTIN LLP
   555 California Street, Ste. 2000
19 San Francisco, CA 94104
   Telephone: (415) 772-1200
20 Fax: (415) 772-7400
   Email: naomi.igra@sidley.com
21 Email: amakabali@sidley.com

22

23 LEE GELERNT (NY Bar NY-8511)
   JUDY RABINOVITZ (NY Bar JR-1214)
   ANAND BALAKRISHNAN (Conn. Bar 430329)
24 ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
25 New York, NY 10004
   (212) 549-2616
26 Email: lgelernt@aclu.org

27

28

NOTICE OF LODGING OF STIPULATED PROTECTIVE ORDER

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Petitioners Nak Kim Chhoeun and Mony Neth ("Petitioners"), and as instructed by the Magistrate Judge Courtroom Deputy, hereby submit and lodge with the Court the proposed Stipulated Protective Order, in the form attached hereto as **Exhibit A**, which was inadvertently omitted as an attachment to the Stipulated Protective Order pursuant to Local Rule 52-4.1 (Doc. No. 113).

Date: April 4, 2018

Respectfully submitted,

/s/ Jingni Zhao
Jingni (Jenny) Zhao
Anoop Prasad
Kevin Chun Hoi Lo
Melanie Chun-Yu Kim
Winifred Kao
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS

/s/ Laboni Hoq
Laboni Hoq
Nicole Gon Ochi
Christopher Lapinig
ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES

/s/ Darlene Cho
Michael L. Mallow
Sean A. Commons
Darlene Cho
Naomi Igra
Angela Makabali
Katelyn Rowe
SIDLEY AUSTIN LLP

/s/ Lee Gelernt
Lee Gelernt
Judy Rabinovitz
Anand Balakrishnan
ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT

Attorneys for Petitioners

1

NOTICE OF LODGING OF STIPULATED PROTECTIVE ORDER