JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
KATHLEEN A. CONNOLLY
Senior Litigation Counsel
TROY D. LIGGETT
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4765; (202) 305-7000 (fax)
troy.liggett@usdoj.gov
JOSEPH F. CARILLI, JR.
Trial Attorney
JULIAN M. KURZ
Trial Attorney

*Counsel for Respondents*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; et al., <br><br> Respondents. | Case No. 8:17-cv-01898-CJC (GJSx) <br><br> **RESPONDENTS' UNOPPOSED EX PARTE APPLICATION TO STAY DEADLINES DUE TO LAPSE IN APPROPRIATION;** <br><br> **PROPOSED ORDER** |

Respondents, by and through undersigned counsel, request a stay of three upcoming case deadlines due to a lapse in appropriations. At midnight on December 21, 2018, the appropriations act that had been funding the Department of Justice ("Department") expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Respondents. The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of the federal Respondents are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests a stay of the following case briefing deadlines until Congress has restored appropriations to the Department:

1. Respondents' discovery status report due on December 31, 2018, *see* ECF No. 178;[1]
2. Respondents' objections to the Magistrate Judge's December 14, 2018 Order, ECF No. 178, due on December 31, 2018, *see* Fed. R. Civ. P. 72(a); Local Rule 72-2.1;[2] and,
3. The parties' Federal Rule of Civil Procedure 26(f) report due on January 3, 2019, *see* ECF No. 165.

---

[1] The parties agreed to file a stipulation requesting to move this deadline to January 4, 2019, as they continue negotiations on the discovery requests subject to the Court's December 14, 2018 Order, ECF No. 178, but were not able to file the stipulation before the Department's appropriation expired.

[2] Respondents have not determined whether Respondents will file objections. The parties also agreed to file a stipulation requesting to move this deadline to January 4, 2018, as they continue discussions on the December 14, 2018 Order, but were not able to file the stipulation before the Department's appropriation expired.

If this request for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government will request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Pursuant to Local Rule 7-19, this request is made following conference of counsel, which took place on December 26, 2018. Sean A. Commons (Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013-1010, 213-896-6000, scommons@sidley.com), counsel for Petitioners, indicated that Petitioners do not oppose this request.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the three most immediate upcoming deadlines until Department attorneys are permitted to resume their usual civil litigation functions.

Dated: December 26, 2018                                   Respectfully submitted,

JOSEPH H. HUNT                                             */s/ Troy D. Liggett*
Assistant Attorney General                                 TROY D. LIGGETT
Civil Division                                             Trial Attorney
                                                           Florida Bar No. 0086788
WILLIAM C. PEACHEY                                         District Court Section
Director, District Court Section                           Office of Immigration Litigation
Office of Immigration Litigation                           Civil Division
                                                           U.S. Department of Justice
KATHLEEN A. CONNOLLY                                       P.O. Box 868, Ben Franklin Station
Senior Litigation Counsel                                  Washington, DC 20044
                                                           (202) 532-4765; (202) 305-7000 (fax)
JOSEPH F. CARILLI, JR.                                     troy.liggett@usdoj.gov
Trial Attorney
                                                           *Counsel for Respondents*
JULIAN M. KURZ
Trial Attorney

3