# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NAK KIM CHHOEUN, et al., | Case No. 8:17-cv-01898-CJC (GJSx) |
| Petitioners, | |
| v. | [~~PROPOSED~~] **ORDER** |
| DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement, et al., | |
| Respondents. | |

Having considered Respondents' Unopposed Ex Parte Application to Enlarge Page Limit on Discovery Motion, Dkt. 213, the Court finds good cause to enlarge the number of pages of Respondent's Motion for Leave to Serve Discovery Requests on Eleven Absent Class Members to no more than 13 pages. Respondents may now file their Motion with Attachments.

IT IS SO ORDERED.

DATED: May 14, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE