UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-1898-CJC (GJSx) | Date | June 5, 2019 |
| Title | Nak Kim Chhoeun, et al. v. David Marin, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|
| E. Carson | CS Roybal Courtroom 640 |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Sean A. Commons   Joseph F. Carilli
Alison F. Dame-Boyle   Troy Liggett

**Proceedings:** Respondents' Motion for Leave to Serve Discovery on Eleven Absent Class-Members [Dkt. 215) ("Respondents' Motion")

The case is called, and appearances are stated for the record.

The Court hears argument from counsel regarding Respondents' Motion. For the reasons recited on the record, the Court denies the motion as it pertains to absent class members who are strangers to the action (*i.e.*, absent class members who were identified through random selection as individual's whose files will or have been produced by Respondents, but who have not submitted declarations or in any other way participated in the case).

With respect to the service of limited discovery as to certain absent class members who have submitted declarations in earlier proceedings, the Court directs as follows:

1. Counsel are directed to meet and confer to identify specifically which absent class members submitted declarations in support of the TRO (the Court understands that one new declaration was submitted and a few additional declarations that were used in the original, pre-certification motion practice were re-submitted in support of this application); and further attempt to narrow the scope of interrogatories and documents requests that Respondent proposes as discussed on the record. The Court has not made its final decision as to whether it will permit any discovery on absent class members

                                                                                                                 : 53

Initials of Preparer        efc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-1898-CJC (GJSx) | Date | June 5, 2019 |
|---|---|---|---|
| Title | Nak Kim Chhoeun, et al. v. David Marin, et al. | | |

but will hear further argument as set forth below.

2. After the meet and confer process, counsel shall report back to the Court via its chambers email address with an update as to any resolutions regarding the discovery or outstanding issues. Per the Court's usual pre-discovery motion teleconference procedures, Counsel will propose dates and times for further telephonic proceedings and be prepared to discuss a briefing schedule for a motion if supplemental briefing is required.

**IT IS SO ORDERED.**

| | : | 53 |
|---|---|---|
| Initials of Preparer | | efc |