1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

NAK KIM CHHOEUN, et al.,

                  Petitioners,

     v.

DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement, et al.,

                  Respondents.

Case No. 8:17-cv-01898-CJC (GJSx)

**[~~PROPOSED~~] ORDER GRANTING, IN PART, RESPONDENTS' MOTION FOR LEAVE TO SERVE DISCOVERY ON ABSENT CLASS MEMBERS**

     Respondents sought leave from the Court to serve discovery requests on eleven absent class members.  Dkt. 215.  Respondents originally sought leave to serve eight interrogatories, Dkt. 215-4, and six requests for production, Dkt. 215-5, on eleven absent class members who submitted declarations in the case or were within the scope of Petitioners' discovery requests to Respondents.

     On June 5, 2019, the Court heard argument from counsel regarding Respondent's motion.  At the hearing, Respondents withdrew their request to serve discovery on one individual, Poeun Bou, and withdrew their requests to serve proposed Requests for Production 4 and 6.  After considering the pleadings and

1    arguments from counsel, the Court denied Respondents' request to serve
2    interrogatories and requests for production on absent class members who had not
3    personally filed a declaration in this action.  Minute Order at 1, Dkt. 221.

4          In light of a stipulation of the parties, the Court now grants leave for
5    Respondents to serve proposed Interrogatories 1 through 8 (Dkt. 215-4) and
6    proposed Requests for Production 1, 2, 3, and 5 (Dkt. 215-5) on the four absent
7    class members who were the subject of declarations submitted in support of
8    Petitioners' Application for a Temporary Restraining Order, Dkt. 185.  The four
9    absent class members are Pheng Bun Lay, Sareang Ye, Sowath Thong, and Sear
10   Un.  No other discovery of absent class members is authorized at this time.

11         In light of this stipulation of the parties, Petitioners shall not rely on
12   testimony from or submit additional declarations by any absent class members
13   other than Pheng Bun Lay, Sareang Ye, Sowath Thong, and Sear Un.  This
14   limitation applies to Petitioners' case at trial, any arguments submitted in support
15   of their Motion for Summary Judgment currently due September 13, 2019, *see* Dkt.
16   207, or any arguments submitted in support of their Response and Reply regarding
17   Summary Judgment currently due November 8, 2019, *see id.*

18         IT IS SO ORDERED.

19

20   DATED: July 17, 2019          _____
21                                 GAIL J. STANDISH
22                                 UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28