# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NAK KIM CHHOEUN, et al., <br><br> Petitioners, <br><br> v. <br><br> DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement, et al., <br><br> Respondents. | Case No. 8:17-cv-01898-CJC (GJSx) <br><br><br> **STIPULATED ORDER** |

Having considered the parties' Stipulation on Declarations Submitted by Class Counsel, Dkt. 232, the Court finds good cause to grant the stipulated requests therein.

The following declarations submitted by class counsel in this litigation ("Excluded Declarations") shall be deemed stricken from the record and withdrawn from future use or consideration in any pleading or argument before this Court:

1. Decl. of Jessica Castellanos, Asian Americans Advancing Justice – Los Angeles ("AAAJ-LA"), ECF No. 28-01 (Dec. 12, 2017);

  2. Decl. of Martha Ruch, AAAJ-LA, ECF No. 28-16 (Dec. 12, 2017);

  3. Decl. of Martha Ruch, AAAJ-LA, ECF No. 86-02 (Mar. 2, 2018);

  4. Decl. of Jessica Castellanos, AAAJ-LA, ECF No. 92-01 (Mar. 19, 2018);

  5. Decl. of Melanie Chun-Yu Kim, AAAJ-LA, 92-08 (Mar. 19, 2018);

  6. Decl. of Jenny Zhao, Asian Americans Advance Justice – Asian Law Caucus ("AAAJ-ALC"), ECF No. 117-12 (Apr. 9, 2018); and

  7. Decl. of Kevin Chun Hoi Lo, AAAJ-ALC, ECF No. 127-01 (May 21, 2018).

The parties will not cite to or otherwise rely on the Excluded Declarations, including as proof of the facts submitted therein, in any future pleading or argument before this Court. Petitioners also will not rely on an order of the Court to establish such facts to the extent an order relied exclusively on a fact asserted in an Excluded Declaration for a factual proposition.

Nothing in this Order shall prevent Petitioners from seeking to submit into evidence documents that were included as exhibits to any of the Excluded Declarations, if such documents are admissible, introduced into evidence through other declarants, or to otherwise establish the same factual matters contained in Excluded Declarations through other means.

Petitioners shall not submit additional fact declarations from any class counsel who submitted the Excluded Declarations or otherwise seek to have them offer testimony in support of the underlying claims at issue in this litigation, with the exception of Anoop Prasad. Nothing in this order shall prevent Petitioners' counsel from testifying, whether via declaration or in person, for the purpose of:

  a. introducing copies of documents, such as copies of materials produced during discovery, deposition transcripts, and other exhibits; or

b. matters relating to discovery, procedural matters, post-judgment motions, ancillary matters (such as motions in support of requests for costs or fees, and requests for appointment as class counsel), or otherwise so long as the statements are not being offered as substantive proof of facts in support of the merits of Petitioners' claims.

IT IS SO ORDERED.

DATED: July 30, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE