# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-1898-CJC (GJSx) | Date | November 13, 2019 |
|----------|--------------------------|------|-------------------|
| Title | Nak Kim Chhoeun, et al. v. David Marin, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|------------------------|------------------------------------------|

| E. Carson | CS Roybal Courtroom 640 |
|-----------|-------------------------|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|-------------------------------------|--------------------------------------|
| Sean Commons<br>Mohindra Rupram<br>Rara Kang | Joseph F. Carilli, Jr. |

**Proceedings:**     Petitioners' Motion to Compel Production of Redacted Documents (Dkt. 247) ("Petitioner's Motion")

The case is called, and appearances are stated for the record.

The Court hears argument regarding Petitioner's Motion, and rules as follows:  The Court's prior ruling that Defendant had waived all objections to the requests at issue stands and included waiver of any privilege that could have been asserted.  However, given Defendant's claim that national security interests might be implicated, the Court will conduct an *in camera* review of the 103 documents at issue.

The parties will follow the following procedure, as set forth more fully at the hearing. Defendant shall log the documents and may annotate those entries for which Defendant contends Plaintiffs have already received either duplicate documents or the substance of the information through third party subpoenas.  The log will be provided to Petitioners' counsel for review.  The parties may thereafter file supplemental briefs of up to 15 pages concerning the documents at issue, and Defendant will provide the documents to the Court for in camera review (in the format discussed at the hearing).

|  | : | 29 |
|--|---|----|
| Initials of Preparer | efc | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**

| Case No. | SACV 17-1898-CJC (GJSx) | Date | November 13, 2019 |
|---|---|---|---|
| Title | Nak Kim Chhoeun, et al. v. David Marin, et al. | | |

The parties are to provide a joint email to the Court with a proposed schedule for the supplemental briefing and provision of the documents to the Court by no later than Wednesday, November 20, 2019.

IT IS SO ORDERED.

|  | : | 29 |
|---|---|---|
| Initials of Preparer | efc | |