UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 17-1898-CJC (GJSx) | Date | January 10, 2020 |
|---|---|---|---|
| Title | Nak Kim Chhoeun, et al. v. David Marin, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|

| E. Carson | XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioners: | Attorneys Present for Respondents: |
|---|---|
| Sean A. Commons | Joseph F. Carilli, Jr. |
| Rara Kang | Troy D. Liggett |

**Proceedings:** ORDER DIRECTING SERVICE OF DOCUMENTS REVIEWED IN CAMERA

The case is called, and appearances are stated for the record.

The Court confers with counsel regarding the in-camera documents received on December 10, 2019, pursuant to this Court's Order of November 21, 2019 (Dkt. 273). For the reasons set forth fully on the record, the Court finds and orders as follows:

1. The Court reiterates that it previously found that Respondents objections were waived, and that this in camera review was primarily for purposes of determining whether any of the withheld documents contained information that, if produced, would present a threat to national security ("National Security Documents). None of the documents provided – which were also described in the Privilege Log provided to the Court concurrently with the documents – qualify as National Security Documents.

2. For all but a handful of documents, the only privilege that was cited in the Privilege Log was the deliberative process privilege, which Respondents waived. Moreover, most of the documents contained no classification marking at all, i.e., they were not marked "secret" or some higher level of classification that might indicate they contained highly sensitive information. A few were marked "FOUO" – For Official Use Only – but this is not an

: 26

Initials of Preparer   efc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV 17-1898-CJC (GJSx) | Date | January 10, 2020 |
|---|---|---|---|
| Title | Nak Kim Chhoeun, et al. v. David Marin, et al. | | |

actual security classification.

3. A few documents, discussed specifically during the hearing, were marked at containing attorney work product or, in one instance, attorney client communications. Again, none of this information contained in these documents relates to or threatens national security.

4. All of the documents and/or redactions reviewed by the Court, save one, are relevant to the issues raised in this litigation. The exception to this finding is the redaction at issue in the document found at Tab 1 of the Privilege Log, which involves attorney work product specifically related to separate litigation. While the litigation was filed by a member of the certified class, the redacted work product does not relate to the due process claim at issue here.

Respondents are ordered to serve Petitioners with copies of the documents contained in the Privilege Log – except for the redactions in Tab 1 discussed above – on or before Friday, January 17, 2020. If Respondents file a fully briefed appeal with the District Judge on or before that date, the Court's order is stayed pending the decision on appeal of the District Judge. Respondents are to provide the District Judge with a transcript of the hearing on this matter with any such appeal.

IT IS SO ORDERED.

| | : | 26 |
|---|---|---|
| | Initials of Preparer | efc |