# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NAK KIM CHHOEUN, et al., | Case No. 8:17-cv-01898-CJC (GJSx) |
| Petitioners, | |
| v. | **ORDER** |
| DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement, et al., | |
| Respondents. | |

Having considered the parties' Joint Stipulation to Extend Deadline to Submit Proposed Permanent Injunction, Dkt. 323, the Court finds good cause to extend the deadline.  The parties are ORDERED to file a joint proposed permanent injunction consistent with the Court's March 4, 2020 Order, Dkt. 319, no later than April 1, 2020.

IT IS SO ORDERED.

DATED:   March 20, 2020                    _____
                                           CORMAC J. CARNEY
                                           UNITED STATES DISTRICT JUDGE