# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NAK KIM CHHOEUN, et al., | Case No. 8:17-cv-01898-CJC (GJSx) |
| Petitioners, | |
| v. | **ORDER** |
| DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement, et al., | |
| Respondents. | |

Having considered the parties' Second Joint Stipulation to Extend Deadline to Submit Proposed Permanent Injunction and Status Report, Dkt. 327, the Court finds good cause to grant the parties' request to extend the deadline for the parties to file a proposed permanent injunction. The parties shall file a joint report, not to exceed 20 pages, by Friday, April 10, 2020. The report shall include the language of each provision proposed by a party, the party's basis for each proposed provision, and the opposing party's response.

IT IS SO ORDERED.

DATED: April 1, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1