# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, MONY NETH, individually and on behalf of a class of similarly situated individuals,<br><br>  Petitioners,<br><br>  v.<br><br>THOMAS GILES, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; et al.,<br><br>  Respondents. | Case No. 8:17-cv-01898-JWH (GJSx)<br><br>**ORDER GRANTING JOINT MOTION FOR INDICATIVE RULINGS**<br><br>Date: November 8, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 9D |

This matter came before the Court upon the Parties' motion under Rule 62.1 of the Federal Rules of Civil Procedure for indicative rulings on settlement-related matters. After reviewing the motion, and in the absence of any opposition, the Court hereby **ORDERS** as follows:

1. The motion is **GRANTED**. The hearing on the motion, currently set for November 8, 2024, is **VACATED**.

2. If this case is remanded by the Court of Appeals, then this Court will grant the Parties' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, in which the Parties seek preliminary approval of their Settlement Agreement, certification of their proposed Settlement Class, appointment of additional Class Counsel, approval of their proposed Class Notice and distribution plan, and a Fairness Hearing.

3. If this case is remanded by the Court of Appeals, this Court will grant the Parties' Motion to Vacate Order Granting Summary Judgment (Dkt. 319) and Permanent Injunction (Dkt. 336) upon final approval of the settlement.

4. The Parties are **DIRECTED** to notify the U.S. Court of Appeals for the Ninth Circuit of this Order promptly, in accordance with Rule 62.1 of the Federal Rules of Civil Procedure and Rule 12.1 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

DATED: October 28, 2024

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE