UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 8:17-cv-01898-JWH(GJSx) | Date | April 17, 2026 |
|---|---|---|---|
| Title | *Nak Kim Chhoeun et al v. David Marin et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Troy D. Ligget | Winifred V. Kao |
| | Sean A. Commons |

**Proceedings:    HEARING RE: PETITIONER'S MOTION FOR SETTLEMENT APPROVAL [401]; PETITIONER'S MOTION FOR ATTORNEY FEES [402]**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and Tentative Judgment. For the reasons stated in open court, the motions [ECF Nos. 401 & 402] are taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

Time:   00:17
Initials of Preparer:  cla