JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAK KIM CHHOEUN, and MONEY NETH, individually and on behalf of a class of similarly situated individuals,<br><br>Petitioners,<br><br>v.<br><br>ANDREW QUINONEZ, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement, SERGIO ALBARRAN, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement, TODD LYONS, Deputy Director and Senior Official Performing the Duties of the Director, United States Immigration and Customs Enforcement, MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, TODD BLANCHE, United States Attorney General, SANDRA HUTCHEN, Sheriff of Orange County, and SCOTT R. JONES, Sheriff of Sacramento County,<br><br>Respondents. | Case No. 8:17-cv-01898-JWH-GJS<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Petitioners' Motion for Settlement Approval of Class Action Settlement [ECF No. 401] and Petitioners' Motion for Attorneys' Fees and Costs [ECF No. 402]" filed substantially contemporaneously herewith, and in accordance with Rules 23 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 2241.

2.      Respondents Sandra Hutchens and Scott R. Jones were **DISMISSED** on or about December 29, 2017.

3.      Final certification of the Settlement Class is **GRANTED**, as follows:

> All Cambodian nationals in the United States who received final orders of deportation or removal, and were subsequently released from ICE custody, and have been or may be re-detained for removal by ICE.

4.      Class Counsel are **AWARDED** attorneys' fees, expenses, and costs in the amount of $500,000.

5.      The payment of attorneys' fees, expenses, and costs to Class Counsel is **DIRECTED** to be made by Respondents Andrew Quinonez, Sergio Albarran, Todd Lyons, Markwayne Mullin, and Todd Blanche in accordance with the Settlement Agreement.  Class Members have no liability for the payment of attorneys' fees, expenses, or costs.

6.      The Settlement Agreement is **APPROVED** as fair, reasonable, and adequate as to, and in the best interests of, the Class Members; the parties and their counsel are **DIRECTED** to implement and consummate the agreement according to its terms and provisions; and the agreement is **DECLARED** to be binding on, and to have preclusive effect on, all pending and future lawsuits or

other proceedings maintained by or on behalf of Petitioners Nak Kim Chhoeun and Money Neth and the class.

7.    All persons who are members of the settlement class are bound by this Judgment and are enjoined from instituting, maintaining, prosecuting, or enforcing, either directly or indirectly, any claims discharged by the Settlement Agreement.

8.    The Court retains continuing jurisdiction over this action with respect to the following matters:

    a.    the enforcement of the terms of the Settlement Agreement;

    b.    issues relating to settlement administration; and

    c.    the enforcement of this Judgment and any order relating to attorneys' fees or expenses, the class representative service award, or administration costs.

9.    The parties are **DIRECTED** to file a Status Report no later than October 27, 2026, or after all Group 1 Notices have been mailed in accordance with the Settlement Agreement, whichever occurs first.  At that time, the parties may request that the Court's previous Judgment and Permanent Injunction [ECF No. 336] be vacated as moot.

10.    Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

    **IT IS SO ORDERED.**

Dated:_____April 27, 2026_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-